CITY REAL ESTATE COMPANY OF NEW YORK v. FORT WASHINGTON CIRCLE REALTY HOLDING CORPORATION and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.